UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIGUEL GARCIA,

    Petitioner,

v.

    Case No. 1:20-cv-642

    HON. JANET T. NEFF

CATHERINE S. BAUMAN,

    Respondent.
_____/

## JUDGMENT

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Respondent and against Petitioner in this § 2254 proceeding.

Dated: January 8, 2023

    /s/ Janet T. neff
    JANET T. NEFF
    United States District Judge